IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JIDEOFOR AJAELO,**

                    Petitioner,

    v.

**RAYMOND MADDEN, Warden,**

                    Respondent.

Case No. 16-cv-06962-WHA

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including February 21, 2017, to file a response to the Order to Show Cause. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: February 9, 2017.

_____
The Honorable William Alsup

1