IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIDEOFOR AJAELO,

    Petitioner,

v.

RAYMOND MADDEN, Warden,

    Respondent.

No. C 16-06962 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent Raymond Madden and against petitioner Jideofor Ajaelo. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE